IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DANIEL WISE,

    Plaintiff,

vs.                              Civil Action 2:08-CV-955
                                    Judge Sargus
                                    Magistrate Judge King

STEUBENVILLE POLICE DEPARTMENT,

    Defendant.

### ORDER

On February 12, 2009, after plaintiff failed to appear at the scheduled preliminary pretrial conference, plaintiff was ordered to show cause why the case should not be dismissed for failure to prosecute. *Order*, Doc. No. 14. Plaintiff has made no response to that *Order*. It therefore appears that plaintiff has abandoned the litigation.

This action is hereby **DISMISSED** for failure to prosecute.

The Clerk shall enter **FINAL JUDGMENT**.

2-26-2009
Date

Edmund A. Sargus, Jr.
United States District Judge

1