AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DANIEL WISE,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

        **CASE NO. C2-08-955**

**STEUBENVILLE POLICE**     **JUDGE EDMUND A. SARGUS, JR.**
**DEPARTMENT,**     **MAGISTRATE JUDGE NORAH MCCANN KING**

        **Defendant.**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed February 26, 2009, JUDGMENT is hereby entered DISMISSING this case for failure to prosecute.**

Date: February 26, 2009         JAMES BONINI, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk